≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS
PEORIA DIVISION

MICROSOFT CORPORATION, a Washington corporation,
    Plaintiff,
v.
THE COMPUTER SHOP, f/d/b/a ON-TRAK SYSTEMS, INC., an Illinois corporation, and KEITH B. STRAITIFF, an individual,
    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-1183

TO: (Name and address of Defendant)
THE COMPUTER SHOP
419 East Main Street
Galesburg, IL 61401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CRAIG A. RANDLE
DOUGLAS J. QUIVEY
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62705

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

CLERK

s/Deputy Clerk
(By) DEPUTY CLERK

DATE 7/14/06

◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____
PEORIA DIVISION

MICROSOFT CORPORATION, a Washington
corporation,

           Plaintiff,       **SUMMONS IN A CIVIL ACTION**

    V.

THE COMPUTER SHOP, f/d/b/a ON-TRAK
SYSTEMS, INC., an Illinois corporation,
and KEITH B. STRAITIFF, an individual,    CASE NUMBER:

           Defendants.


TO: (Name and address of Defendant)    Keith B. Straitiff, an individual
    985 280th Ave.
    Alexis, IL 61412


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
CRAIG A. RANDLE
DOUGLAS J. QUIVEY
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62705

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


s/John M. Waters                                              7/14/06

CLERK                                                 DATE

   s/Deputy Clerk
(By) DEPUTY CLERK