AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS
PEORIA DIVISION

MICROSOFT CORPORATION, a Washington corporation,

        Plaintiff,

V.

THE COMPUTER SHOP, f/d/b/a ON-TRAK SYSTEMS, INC., an Illinois corporation, and KEITH B. STRAITIFF, an individual,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-1183

TO: (Name and address of Defendant)

Keith B. Straitiff, an individual
985 280th Ave.
Alexis, IL 61412

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CRAIG A. RANDLE
DOUGLAS J. QUIVEY
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62705

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                        7/14/06
CLERK                                           DATE

S.Marvel
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/14/06 |
| NAME OF SERVER (PRINT) Carissa Haning | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kevin Straitiff who indicated he and defendant live at 965 280th Ave. Alexis, IL 61412

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/14/06
Date

Signature of Server: Carissa A. Haning

Address of Server: 701 W. Wood St. Bloomington, IL 61701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.