AO 121 (6/90)

TO:

Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

**REPORT ON THE
FILING OR DETERMINATION OF AN
ACTION OR APPEAL
REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO. 06-1183 | DATE FILED 7/14/06 | US District Court<br>Central District of Illinois<br>Peoria, IL 60602 |
| PLAINTIFF<br>Microsoft Corporation | | DEFENDANT<br>The Computer Shop,<br>Keith B. Straitiff |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | TX 5-329-272 | Office XP Professional | Microsoft Corporation |
| 2 | TX 5-321-421 | Access 2002 | Microsoft Corporation |
| 3 | TX 5-318-231 | Excel 2002 | Microsoft Corporation |
| 4 | TX 5-321-422 | Outlook 2002 | Microsoft Corporation |
| 5 | TX 5-318-232 | PowerPoint 2002 | Microsoft Corporation |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | TX 5-321-425 | Word 2002 | Microsoft Corporation |
| 2 | TX 5-321-423 | FrontPage 2002 | Microsoft Corporation |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**E-FILED**
Tuesday, 18 July, 2006  04:16:22 PM
Clerk, U.S. District Court, ILCD

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Central District of Illinois___ on the following ☐ Patents or X Trademarks:

| DOCKET NO.<br>06-1183 | DATE FILED<br>7/14/06 | U.S. DISTRICT COURT<br>Central District of Illinois |
|---|---|---|
| PLAINTIFF<br><br>Microsoft Corporation | | DEFENDANT<br><br>The Computer Shop,<br>Keith B Straitiff |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1,200,236 | Microsoft | Microsoft Corporation |
| 2 | 1,256,083 | Microsoft | Microsoft Corporation |
| 3 | 1,475,795 | PowerPoint | Microsoft Corporation |
| 4 | 1,741,086 | Microsoft Access | Microsoft Corporation |
| 5 | 1,982,562 | Puzzle Piece Logo | Microsoft Corporation |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,188,125 | Outlook | Microsoft Corporation |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**