AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

MICROSOFT CORPORATION, a Washington corporation,
　　v.

THE COMPUTER SHOP, f/d/b/a ON-TRAK SYSTEMS, INC., an Illinois corporation, and KEITH B. STRAITIFF, an individual.

**APPEARANCE**

Case Number: 06-1183

To the Clerk of this court and all parties of record:

　　Enter my appearance as counsel in this case for
　　PLAINTIFF, MICROSOFT CORPORATION.

　　I certify that I am admitted to practice in this court.

| 8/18/2006 | s/ Ryan B. Whitacre |
|---|---|
| Date | Signature |
| | Ryan B. Whitacre　　06273251 |
| | Print Name　　Bar Number |
| | 131 S. Dearborn Street, Suite 1700 |
| | Address |
| | Chicago　　IL　　60603 |
| | City　　State　　Zip Code |
| | (312) 324-8400　　(312) 324-9400 |
| | Phone Number　　Fax Number |