AO 458 (Rev. 10/95) Appearance

E-FILED
Friday, 18 August, 2006 03:31:18 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

Central **DISTRICT OF** Illinois

MICROSOFT CORPORATION, a Washington corporation,
v.

THE COMPUTER SHOP, f/d/b/a ON-TRAK SYSTEMS, INC., an Illinois corporation, and KEITH B. STRAITIFF, an individual.

**APPEARANCE**

Case Number: 06-1183

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

PLAINTIFF, MICROSOFT CORPORATION.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/18/2006 | s/ Christopher B. Wilson |
| Date | Signature |
| | Christopher B. Wilson — 06202139 |
| | Print Name — Bar Number |
| | 131 S. Dearborn Street, Suite 1700 |
| | Address |
| | Chicago — IL — 60603 |
| | City — State — Zip Code |
| | (312) 324-8400 — (312) 324-9400 |
| | Phone Number — Fax Number |