UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JEREMIAH WADE, an individual, d/b/a THE COMPUTER SHOP and JEREMIAH WADE, an individual,<br><br>　　　　Defendants. | Case No. 06 CV 1183<br><br>Judge Michael M. Mihm<br><br>Magistrate Judge John A. Gorman |

## JOINT PROPOSED DISCOVERY PLAN

Plaintiff Microsoft Corporation ("Microsoft"), by its undersigned counsel, and Defendants Jeremiah Wade d/b/a The Computer Shop and Jeremiah Wade, an individual, (collectively "Defendants"), by their undersigned counsel, hereby submit this joint proposed discovery plan pursuant to CDIL-LR 16.2 and this Court's order, dated December 7, 2006, inviting same.

1.  The parties have agreed to the following outline for pretrial procedure in this case:

    - Parties to serve Rule 26(a)(1) disclosures by January 29, 2007;

    - All amendments to pleadings, including joinder of any parties, to be filed by March 2, 2007;

    - Fact discovery to be complete by June 1, 2007;

    - Expert reports to be served by the parties by June 29, 2007. Rebuttal reports to be served by July 27, 2007  Expert discovery to be complete by August 10, 2007; and

    - All dispositive motions to be filed by September 7, 2007.

Dated: January 9, 2007

| MICROSOFT CORPORATION | JEREMIAH WADE d/b/a THE COMPUTER SHOP and JEREMIAH WADE, individually |
|---|---|
| By: *s/ Ryan B. Whitacre* | By: *s/ James E. Skinner* |
| Ryan B. Whitacre (No. 6273251)<br>PERKINS COIE LLP<br>131 South Dearborn Street<br>Suite 1700<br>Chicago, Illinois 60603-5559<br>(312) 324-8400 -- telephone<br>(312) 324-9400 -- facsimile<br>rwhitacre@perkinscoie.com -- email<br><br>Doug Quivey (No. 6225888)<br>LONDRIGAN, POTTER & RANDLE, P.C.<br>1227 South Seventh Street<br>P.O. Box 399<br>Springfield, Illinois 62705<br>(217) 544-9823 -- telephone<br>(217) 544-9826 -- facsimile<br>doug@lprpc.com -- email | James E. Skinner<br>Law Offices of James E. Skinner, P.C.<br>20 West Main Street<br>Galesburg, Illinois 61401<br>(309) 343-9964 -- telephone<br>(309) 343-9966 -- facsimile<br>skinnerlaw@galesburg.net -- email |

41826-5120/LEGAL12578220.1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH WADE, an individual, d/b/a THE COMPUTER SHOP and JEREMIAH WADE, an individual,<br><br>Defendants. | Case No. 06 CV 1183<br><br>Judge Michael M. Mihm<br><br>Magistrate Judge John A. Gorman |

### SCHEDULING ORDER

Having considered the parties' joint proposed discovery plan and held a scheduling conference with counsel for the parties pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**THE COURT ORDERS AS FOLLOWS:**

1. Rule 26(a)(1) disclosures shall be served by January 29, 2007;

2. All amendments to pleadings, including joinder of any parties, shall be filed by March 2, 2007;

3. Fact discovery shall be completed by June 1, 2007;

4. Expert reports to be served by the parties by June 29, 2007. Rebuttal reports to be served by July 27, 2007. Expert discovery to be complete by August 10, 2007; and

5. All dispositive motions shall be filed by September 7, 2007.

**IT IS SO ORDERED.**

Dated: _____, 2007

_____
Judge John A. Gorman
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2007, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, each of whom is a CM/ECF participant.

        *s/ Ryan B. Whitacre*
        Ryan B. Whitacre (No. 6273251)
        PERKINS COIE LLP
        131 South Dearborn Street
        Suite 1700
        Chicago, Illinois 60603-5559
        (312) 324-8400 -- telephone
        (312) 324-9400 -- facsimile
        rwhitacre@perkinscoie.com -- email