E-FILED
Thursday, 05 April, 2007  10:23:20 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) | CASE NO: 06-cv-01183 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| JEREMIAH WADE, an individual d/b/a/ THE COMPUTER SHOP, and JEREMIAH WADE, an individual, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned hereby certifies that on April 4, 2007, he served a true and complete copy of Answer of Defendant, Jeremiah Wade, dba The Computer Shop to Request to Produce Documents and Things; Answer of Defendant, Jeremiah Wade to Interrogatories and Answer of Defendant, The Computer Shop to Interrogatories upon the following counsel of record for Plaintiff by e-mail, and by U.S. Mail, postage prepaid to:

Christopher Wilson
Ryan Whitacre
Perkins Coie, LLP
131 S. Dearborn St., Ste. 1700
Chicago, IL 60603-5559


                                        /s/ James E. Skinner
                                        JAMES E. SKINNER

LAW OFFICES OF JAMES E. SKINNER, P.C.
20 WEST MAIN STREET
GALESBURG, IL  61401
(309) 343-9964     (Phone)
(309) 343-9966     (Fax)