E-FILED
Thursday, 10 May, 2007  02:10:34 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> JEREMIAH WADE, an individual d/b/a THE COMPUTER SHOP and JEREMIAH WADE, an individual, <br><br> Defendants. | Case No. 06 CV 1183 <br><br> Judge Michael M. Mihm <br><br> Magistrate Judge John A. Gorman |

## JOINT MOTION TO EXTEND THE FACT DISCOVERY DEADLINE

Plaintiff Microsoft Corporation ("Microsoft"), by its undersigned counsel, and Defendants Jeremiah Wade d/b/a The Computer Shop and Jeremiah Wade, an individual ("Defendants"), by their undersigned counsel, respectfully move this Court for entry of an order extending the cut-off date for fact discovery and collapsing the fact/expert discovery cut-off. In support of this joint motion, the parties state as follows:

1. This is a lawsuit brought by Microsoft pursuant to federal and Illinois law for damages and injunctive relief against Defendants.

2. Currently the discovery schedule in this case is as follows:

   June 1, 2007: Fact discovery cut-off

   June 29, 2007: Expert reports due

   July 27, 2007: Rebuttal expert reports due

   August 10, 2007: Expert discovery cut-off

   September 7, 2007: Dispositive motions due

   December 7, 2007: Final pretrial conference

   January 14, 2008: Trial

41826-5120/LEGAL13210733.1

3. The parties are engaged in settlement discussions. The parties wish to have more time in which to possibly resolve this matter before they must incur substantially greater fees and costs associated with completing fact discovery by the current deadline.

4. As such, the parties seek to extend the cut-off date for fact discovery and collapse this date with the current expert discovery cut-off date. All discovery would therefore still be completed by August 10, 2007. Specifically, the parties propose the following schedule be set:

August 10, 2007: Fact and expert discovery cut-off

September 7, 2007: Dispositive motions due

December 7, 2007: Final pretrial conference

January 14, 2008: Trial

5. This extension will greatly assist in the parties' efforts to resolve this matter and will not unduly delay the progress of this case.

WHEREFORE Plaintiff Microsoft Corporation and Defendants Jeremiah Wade d/b/a The Computer Shop and Jeremiah Wade, an individual, respectfully request that the Court enter an order extending the deadline for fact discovery as set forth above.

Dated: May 10, 2007

| MICROSOFT CORPORATION | JEREMIAH WADE d/b/a THE COMPUTER SHOP and JEREMIAH WADE, individually |
|---|---|
| By: /s/ Christopher B. Wilson | By: /s/ James E. Skinner |
| Christopher B. Wilson<br>PERKINS COIE LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, Illinois 60603<br>Telephone: (312) 324-8400<br>Facsimile: (312) 324-9400<br>cwilson@perkinscoie.com | James E. Skinner<br>The Law Offices of James E. Skinner, P.C.<br>20 West Main Street<br>Galesburg, Illinois 61401<br>Telephone: (309) 343-9964<br>Facsimile: (309) 343-9966<br>skinnerlaw@galesburg.net |

41826-5120/LEGAL13210733.1