E-FILED
Thursday, 10 May, 2007 02:12:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMIAH WADE, an individual d/b/a THE COMPUTER SHOP and JEREMIAH WADE, an individual,<br><br>    Defendants. | Case No. 06 CV 1183<br><br>Judge Michael M. Mihm<br><br>Magistrate Judge John A. Gorman |

## NOTICE OF MOTION

TO:    James E. Skinner
Law Offices of James E. Skinner, P.C.
20 West Main Street
Galesburg, IL 61401

PLEASE TAKE NOTICE that on May 10, 2007, Plaintiff filed with the United States District Court for the Central District of Illinois, Peoria Division, the parties' **JOINT MOTION TO EXTEND THE FACT DISCOVERY DEADLINE**, a copy of which is hereby served upon you.

Respectfully submitted,

MICROSOFT CORPORATION

By:   */s/ Christopher B. Wilson*

Christopher B. Wilson
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
cwilson@perkinscoie.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of May, 2007 he caused a true and correct copy of the foregoing Joint Motion to Extend the Fact Discovery Deadline to be filed with the Clerk of the Court using the CM/ECF system and to be served on the following counsel of record via electronic filing notification and U.S. Mail:

> James E. Skinner
> Law Offices of James E. Skinner
> 20 West Main Street
> Galesburg, IL 61401

/s/ Christopher B. Wilson