E-FILED
Thursday, 09 August, 2007  09:46:51 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Central **DISTRICT OF** Illinois

Microsoft Corporation, a Washington corporation,

v.

Jeremiah Wade, an individual d/b/a The Computer Shop and Jeremiah Wade, an individual.

**APPEARANCE**

Case Number: 06-CV-1183

FILE
AUG - 9 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Microsoft Corporation

I certify that I am admitted to practice in this court.

| 8/8/2007 | *signature* (admission pending) |
|---|---|
| Date | Signature |

| Todd M. Church (admission pending) | 6281176 |
|---|---|
| Print Name | Bar Number |

131 S. Dearborn Street, Suite 1700
Address

| Chicago | IL | 60603 |
|---|---|---|
| City | State | Zip Code |

| (312) 324-8400 | (312) 324-9400 |
|---|---|
| Phone Number | Fax Number |