E-FILED
Monday, 27 August, 2007 01:48:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH WADE, an individual d/b/a THE COMPUTER SHOP and JEREMIAH WADE, an individual,<br><br>Defendants. | Case No. 06 CV 1183<br><br>Judge Michael M. Mihm<br><br>Magistrate Judge John A. Gorman |

### JOINT MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINE

Plaintiff Microsoft Corporation ("Microsoft"), by its undersigned counsel, and Defendants Jeremiah Wade d/b/a The Computer Shop and Jeremiah Wade, an individual ("Defendants"), by their undersigned counsel, respectfully move this Court for entry of an order extending the cut-off date for discovery and the filing of dispositive motions. In support of this joint motion, the parties state as follows:

1. This is a lawsuit brought by Microsoft pursuant to federal and Illinois law for damages and injunctive relief against Defendants.

2. Currently the discovery schedule in this case is as follows:

   **September 7, 2007**: Discovery cut-off and dispositive motions due

   **December 7, 2007**: Final pretrial conference

   **January 14, 2008**: Trial

3. Defendants have represented since late July that they are in the process of filing for bankruptcy. (*See* July 24, 2007 letter from James Skinner, attached hereto as Exhibit 1). Most recently, Microsoft agreed to postpone the deposition of Mr. Wade and the 30(b)(6) deposition for The Computer Shop, which were scheduled for August 17, 2007, based upon

41826-5120/LEGAL13499677.1

Defendants' representation to their counsel that they had actually signed the paperwork in order to file for bankruptcy, which papers were to be filed with the court shortly. (*See* August 16, 2007 letter from Todd Church, attached hereto as Exhibit 2). To date, Defendants have yet to officially file for bankruptcy.

4. Microsoft requests, and counsel for Defendants has agreed, that the current cut-off date for discovery and the filing of dispositive motions be extended so as to preserve Microsoft's right to take additional discovery and to allow Microsoft sufficient time to prepare a motion for summary judgment should Defendants fail to file for bankruptcy.

5. As such, the parties seek to extend the cut-off date for discovery and the filing of dispositive motions. Specifically, the parties propose the following schedule be set:

**September 28, 2007**: Discovery cut-off and dispositive motions due

**December 7, 2007**: Final pretrial conference

**January 14, 2008**: Trial

6. This extension will serve to preserve Microsoft's rights and will not unduly delay the progress of this case.

WHEREFORE Plaintiff Microsoft Corporation and Defendants Jeremiah Wade d/b/a The Computer Shop and Jeremiah Wade, an individual, respectfully request that the Court enter an order extending the deadline for discovery and the filing of dispositive motions as set forth above.

Dated: August 27, 2007

| MICROSOFT CORPORATION | JEREMIAH WADE d/b/a THE COMPUTER SHOP and JEREMIAH WADE, individually |
|---|---|
| By: */s/ Todd M. Church* | By: */s/ James E. Skinner* |
| Christopher B. Wilson<br>Todd M. Church<br>PERKINS COIE LLP | James E. Skinner<br>Rehn & Skinner L.L.C.<br>5 East Simmons Street |

41826-5120/LEGAL13499677.1               -2-

| | |
|---|---|
| 131 South Dearborn Street, Suite 1700<br>Chicago, Illinois 60603<br>Telephone: (312) 324-8400<br>Facsimile: (312) 324-9400<br>tchurch@perkinscoie.com | Galesburg, Illinois 61401<br>Telephone: (309) 343-9964<br>Facsimile: (309) 343-9966<br>skinnerlaw@galesburg.net |

**EXHIBIT 1**

# REHN & SKINNER L.L.C.

Attorneys at Law
5 E. Simmons Street
Galesburg, Illinois 61401

John Rehn
James Skinner
Attorneys at Law

Telephone: (309) 343-3600
Toll Free: 1-800-440-3814
Fax: (309) 343-9966

July 24, 2007

Todd Church
Perkins Coie
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559

    RE: Microsoft Corp. v. The Computer Store
    Our File No: 26-0219

Dear Mr. Church:

I spoke with my client on the 20th. He informed me he has a meeting with the bankruptcy attorney within the next couple of weeks. He also informed me he is closing his business and starting another job. He should be filing bankruptcy within the next three weeks. I have put this on my follow-up calendar to contact him in 21 days. Should you anything else from me, feel free to contact me.

Sincerely,

JAMES E. SKINNER

JES:pat

**EXHIBIT 2**



131 S. Dearborn Street, Suite 1700
Chicago, IL 60603-5559
PHONE: 312.324.8400
FAX: 312.324.9400
www.perkinscoie.com

Todd M. Church
PHONE: (312) 324-8635
EMAIL: TChurch@perkinscoie.com

August 16, 2007

**VIA FACSIMILE**

James E. Skinner
Rehn & Skinner L.L.C.
5 East Simmons Street
Galesburg, IL 61401

Re:   Microsoft v. Wade d/b/a The Computer Shop

Dear Jim:

As we discussed, I have agreed to postpone the deposition of Jeremiah Wade and the 30(b)(6) deposition for The Computer Shop, currently scheduled for August 17, 2007. This postponement is based on your representation that Mr. Wade has signed paperwork to file for bankruptcy, which papers should be filed shortly. As we further discussed, you have agreed to jointly move for an extension of the discovery and dispositive motion deadlines should Mr. Wade not, in fact, file for bankruptcy.

Best regards,

Todd M. Church

TMC:TMC

41826-5120/LEGAL13482142.1