E-FILED
Monday, 27 August, 2007  01:50:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>      Plaintiff,<br><br>v.<br><br>JEREMIAH WADE, an individual d/b/a THE COMPUTER SHOP and JEREMIAH WADE, an individual,<br><br>      Defendants. | Case No. 06 CV 1183<br><br>Judge Michael M. Mihm<br><br>Magistrate Judge John A. Gorman |

## NOTICE OF MOTION

TO: James E. Skinner
     Rehn & Skinner L.L.C.
     5 East Simmons Street
     Galesburg, IL 61401

PLEASE TAKE NOTICE that on August 27, 2007, Plaintiff filed with the United States District Court for the Central District of Illinois, Peoria Division, the parties' **JOINT MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINE**, a copy of which is hereby served upon you.

Respectfully submitted,

MICROSOFT CORPORATION

By:   /s/ *Todd M. Church*

Christopher B. Wilson
Todd M. Church
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
 Telephone: (312) 324-8400
 Facsimile: (312) 324-9400
tchurch@perkinscoie.com

41826-5120/LEGAL13499861.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of August, 2007 he caused a true and correct copy of the foregoing Joint Motion to Extend the Discovery and Dispositive Motion Deadline to be filed with the Clerk of the Court using the CM/ECF system and to be served on the following counsel of record via electronic filing notification and U.S. Mail:

James E. Skinner
Rehn & Skinner L.L.C.
5 East Simmons Street
Galesburg, IL 61401

/s/ Todd M. Church