UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) | CASE NO: 06-cv-01183 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JEREMIAH WADE, an individual d/b/a/ THE COMPUTER SHOP, and JEREMIAH WADE, an individual, | ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES, James E. Skinner attorney for Defendant, Jeremiah Wade herein, and moves this Honorable Court for leave to withdraw as counsel for Defendant. In support of his motion, James E. Skinner respectfully states as follows:

1. There has been a breakdown in communication between attorney and client such that it is not possible for attorney for represent client.

2. Defendant has been given notice of this motion by certified, return receipt requested and regular U.S. Mail, pursuant to F.R.C.P. 5.

WHEREFORE, James E. Skinner prays this Honorable Court to enter an Order granting him leave to withdraw as attorney for Defendant.

                                                    /s/ James E. Skinner
                                                  JAMES E. SKINNER
                                                  Attorney for Defendant

## PROOF OF SERVICE

      I hereby certify that on October 22, 2007 a true and accurate copy of this document, Motion to Withdraw was served upon the following parties who are "filing users" registered with this court to receive electronic notice through the court's electronic filing system:

| | |
|---|---|
| Todd M. Church | tchurch@perkinscoie.com, Winfield@perkinscoie.com |
| Douglas J. Quivey | doug@lprpc.com, paula@lprpc.com, tom@lprpc.com, Yvonne@lprpc.com |
| Ryan B. Whitacre | rwitacre@perkinscoie.com |
| Christopher Wilson | cwilson@perkinscoie.com, dmoten@perkinscoie.com |

      I further certify that on October 22, 2007 I served a copy of this document via U.S. Mail, postage prepaid, to the following person at the following U.S. Postal address:

/s/ James E. Skinner