UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) | CASE NO: 06-cv-01183 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JEREMIAH WADE, an individual d/b/a/ THE COMPUTER SHOP, and JEREMIAH WADE, an individual, | ) ) ) ) | |
| Defendants. | ) | |

CERIFICATE OF SERVICE

I hereby certify that on October 23, 2007 a true and accurate copy of this document, Order of the Court re Hearing on Motion to Withdraw was served upon the following parties who are "filing users" registered with this court to receive electronic notice through the court's electronic filing system:

Todd M. Church        tchurch@perkinscoie.com, Winfield@perkinscoie.com

Douglas J. Quivey     doug@lprpc.com, paula@lprpc.com, tom@lprpc.com, Yvonne@lprpc.com

Ryan B. Whitacre      rwitacre@perkinscoie.com

Christopher Wilson    cwilson@perkinscoie.com, dmoten@perkinscoie.com

I further certify that on October 23, 2007 I served a copy of this document via U.S. Mail, Certified, Return Receipt Requested, postage prepaid, to the following person at the following U.S. Postal address:

Jeremiah Wade
363 Knox Highway 37
Wataga, IL 61488

/s/ James E. Skinner