# AFFIDAVIT OF SERVICE OF PROCESS

Name **JEREMIAH WADE**  Docket # **1:06-CV-1183**

I, **WILLIAM PETENTLER**, a Private Detective licensed in the State of Illinois, do hereby swear and affirm that I served the attached process in accordance with ILCS 5/2-203 by:

- ☐ (a) **Individual defendants- personal:** By leaving a copy of the process with the above-named subject.
- ☒ (b) **Individual defendants- abode:** By leaving a copy of the attached process at the abode of the above named person with **SUSAN WADE**, a person 13 years of age or older and of the same abode. A postage paid copy of the process was also mailed to the above-named person at his or her usual place of abode on **11-27-07**.
- ☐ (c) **Corporation defendant:** By leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation.
- ☐ (d) **Other service:** _____
- ☐ (e) **Not Found:** Reason: _____

Location served: **363 KNOX HIGHWAY 37 WATAGA, IL**

Description of person process left with if other than above-named person:
__ Spouse  __ Child  ✓ Parent  __ Sibling  __ Roommate  __ Paramour  __ Other

Sex **F**   Race **W**   Approximate age **57**   Hair **GRAY/BLACK**

Date and time process served/attempted: **11 / 27 / 07** @ **8 : 30** (A.M) P.M.

_William Petentler_
Private Detective

Merchie & Associates, Inc.
PO Box 6805
Rock Island, Illinois 61204-6805
(309) 787-0091

**MICROSOFT CORP**  Petitioner **JAMES SKINNER**

**COMPUTER SHOP**  Defendant **JEREMIAH WADE**

Service Fee **40.00**
Mileage **12.00**
TOTAL **52.00**

Subscribed and sworn to before me this **27th** day of **NOVEMBER**, 20 **07**.

_Lisa R. Petentler_
Notary Public

SEAL

OFFICIAL SEAL
LISA R PETENTLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/07/11

James E. Skinner
─────────────────────────────────────────

From: ECF_Returns@ilcd.uscourts.gov
Sent: Tuesday, November 06, 2007 2:26 PM
To: ECF_Notices@ilcd.uscourts.gov
Subject: Activity in Case 1:06-cv-01183-MMM-JAG Microsoft Corporation v. The Computer Shop et al Status Conference

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

Notice of Electronic Filing

The following transaction was entered on 11/6/2007 at 2:26 PM CST and filed on 11/6/2007
Case Name:      Microsoft Corporation v. The Computer Shop et al
Case Number:    1:06-cv-1183
Filer:
Document Number: No document attached

Docket Text:
Minute Entry for proceedings held before Magistrate Judge John A. Gorman: Parties present via phone by Attys Todd Church and John Rehn (for James Skinner) for Motion hearing on Tuesday, 11/6/07. Same not held as dft not present. Status Conference held. Motion hearing continued to 12/4/07 at 10:30 a.m. Counsel for defendant is directed to serve a copy of [20] Motion to Withdraw, 10/22/07 Text Order, and this Minute Entry upon Jeremiah Wade, by certified, return receipt requested mail. Mr. Wade is directed to contact the Clerk at 309-671-7117, before 12/4/07 and provide a telephone number where he can be reached for this hearing. (SM, ilcd)


1:06-cv-1183 Notice has been electronically mailed to:

Todd M Church     tchurch@perkinscoie.com, swinfield@perkinscoie.com

Douglas J Quivey     doug@iprpc.com, yvonne@iprpc.com

James E Skinner     skinnerlaw@galesburg.net

Ryan B Whitacre     rwhitacre@perkinscoie.com


11/6/2007

Christopher B Wilson    cwilson@perkinscoie.com, dmoten@perkinscoie.com

1:06-cv-1183 Notice has been delivered by other means to:

Internal Virus Database is out-of-date.
Checked by AVG Free Edition.
Version: 7.5.488 / Virus Database: 269.15.6/1086 - Release Date: 10/22/2007 7:57 PM

E-FILED
Monday, 22 October, 2007 09:34:47 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JEREMIAH WADE, an individual d/b/a/ )<br>THE COMPUTER SHOP, and )<br>JEREMIAH WADE, an individual, )<br>)<br>Defendants. ) | CASE NO: 06-cv-01183 |

MOTION TO WITHDRAW AS COUNSEL

NOW COMES, James E. Skinner attorney for Defendant, Jeremiah Wade herein, and moves this Honorable Court for leave to withdraw as counsel for Defendant. In support of his motion, James E. Skinner respectfully states as follows:

1. There has been a breakdown in communication between attorney and client such that it is not possible for attorney for represent client.

2. Defendant has been given notice of this motion by certified, return receipt requested and regular U.S. Mail, pursuant to F.R.C.P. 5.

WHEREFORE, James E. Skinner prays this Honorable Court to enter an Order granting him leave to withdraw as attorney for Defendant.

/s/ James E. Skinner
JAMES E. SKINNER
Attorney for Defendant

PROOF OF SERVICE

I hereby certify that on October 22, 2007 a true and accurate copy of this document, Motion to Withdraw was served upon the following parties who are "filing users" registered with this court to receive electronic notice through the court's electronic filing system:

Todd M. Church      tchurch@perkinscoie.com, Winfield@perkinscoie.com

Douglas J. Quivey   dounq@hprpc.com, paula@iprpc.com, tom@hprpc.com, Yvonne@hprpc.com

Ryan B. Whitacre    rwitacre@perkinscoie.com

Christopher Wilson  cwilson@perkinscoie.com, dmoten@perkinscoie.com

I further certify that on October 22, 2007 I served a copy of this document via U.S. Mail, postage prepaid, to the following person at the following U.S. Postal address:

/s/ James E. Skinner