E-FILED
Thursday, 21 February, 2008 01:21:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> JEREMIAH WADE, an individual d/b/a THE COMPUTER SHOP, and JEREMIAH WADE, an individual, <br><br> Defendants. | Case No. 06-cv-1183 <br><br> Judge John A. Gorman |

### NOTICE OF FILING

To:   Jeremiah Wade
      573 Jefferson Street
      Galesburg, IL 61401

     **PLEASE TAKE NOTICE** that on February 21, 2008, Plaintiff Microsoft Corporation filed the attached **Stipulated Permanent Injunction Against Defendants and Proposed Order** and **Stipulation for Dismissal With Prejudice and Proposed Order,** copies of which are hereby served upon you.

DATED: February 21, 2008

By: _/s/ Todd M. Church_
Todd M. Church
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
Telephone: (312) 324-8400
Facsimile: (312) 324-9400

41826-5120/LEGAL14001756.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 21, 2008, he served true and complete copies of the **Notice of Filing, Stipulated Permanent Injunction Against Defendants and Proposed Order** and **Stipulation for Dismissal With Prejudice and Proposed Order** upon Jeremiah Wade by e-mail and U.S. mail.

                                                       */s/ Todd M. Church*

41826-5120/LEGAL14001756.1