E-FILED
Monday, 25 February, 2008  11:15:15 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) ) Case No. 06-cv-1183 ) ) Judge John A. Gorman ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| JEREMIAH WADE, an individual d/b/a THE COMPUTER SHOP, and JEREMIAH WADE, an individual, | |
| Defendants. | |

### STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS AND PROPOSED ORDER

Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft") and Defendants Jeremiah Wade, an individual d/b/a The Computer Shop and Jeremiah Wade, an individual (collectively "Defendants"), hereby stipulate that Defendants along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

(1) 1,200,236 ("MICROSOFT");

(2) 1,256,083 ("MICROSOFT");

(3) 1,475,795 ("POWERPOINT");

(4) 1,741,086 ("MICROSOFT ACCESS");

41826-5120/LEGAL13943672.1

(5) 1,982,562 (PUZZLE PIECE LOGO); and

(6) 2,188,125 ("OUTLOOK");

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration Nos.:

(1) TX 5-329-272 ("Office XP Professional");

(2) TX 5-321-421 ("Access 2002");

(3) TX 5-318-231 ("Excel 2002");

(4) TX 5-321-422 ("Outlook 2002");

(5) TX 5-318-232 ("PowerPoint 2002");

(6) TX 5-321-425 ("Word 2002"); and

(7) TX 5-321-423 ("FrontPage 2002");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b)   manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c)   using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for

sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

**IT IS SO STIPULATED.**

DATED: February 14, 2008      **THE COMPUTER SHOP**

By: _Jeremiah Wall_

41826-5120/LEGAL13943672.1

DATED: February 14, 2008     **JEREMIAH WADE**

By: /s/ Jeremiah Wade

DATED: February 20, 2008     **MICROSOFT CORPORATION**

By: /s/ Benjamin O. Urndorff

Approved as to form:

DATED: February 21, 2008     **PERKINS COIE LLP**

By: /s/ Todd

Attorneys for Plaintiff
MICROSOFT CORPORATION

41826-5120/LEGAL13943672.1

## **ORDER**

Good Cause appearing therefore, **IT IS SO ORDERED THAT:**

The Stipulated Permanent Injunction between Plaintiff Microsoft Corporation and Defendants Jeremiah Wade, an individual d/b/a The Computer Shop and Jeremiah Wade, an individual, is hereby entered.

This Court shall retain jurisdiction to enforce the Stipulated Permanent Injunction.


DATED:_____          _____
                           The Honorable John A. Gorman
                           UNITED STATES MAGISTRATE JUDGE

41826-5120/LEGAL13943672.1