## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION,<br>a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMIAH WADE, an individual d/b/a THE COMPUTER SHOP, and JEREMIAH WADE, an individual,<br><br>    Defendants. | Case No. 06-cv-1183<br><br>Judge John A. Gorman |

### STIPULATION FOR DISMISSAL WITH PREJUDICE AND PROPOSED ORDER

WHEREAS Plaintiff Microsoft Corporation, a Washington corporation ("Microsoft") and Defendants Jeremiah Wade, an individual d/b/a The Computer Shop, and Jeremiah Wade, an individual (collectively, "Defendants") have settled the above-captioned matter; and

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and Defendants;

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, that Defendants shall be dismissed with prejudice from Microsoft's First Amended Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

1

41826-5120/LEGAL13943685.1

Dated: February 20, 2008          **PERKINS COIE LLP**

By: /s/ Todd Kelly

Attorneys for Plaintiff
MICROSOFT CORPORATION


Dated: February 14, 2008          **THE COMPUTER SHOP and JEREMIAH WADE**


By: /s/ Jeremiah Wade

## **ORDER**

Good Cause appearing therefore, **IT IS ORDERED THAT**:

Defendants Jeremiah Wade, an individual d/b/a The Computer Shop, and Jeremiah Wade, an individual, are hereby dismissed with prejudice from Microsoft's First Amended Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court.

Dated: _____    _____
The Honorable John A. Gorman
UNITED STATES MAGISTRATE JUDGE